UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OPERACIONES TECNICAS
MARINAS S.A.S.

VERSUS                                                         CIVIL ACTION NO.:  2:12-cv-01979

DIVERSIFIED MARINE SERVICES,
LLC; JOHN DOES 1-3;
ABC INSURANCE CO.,
UNDERWRITERS OF DIVERSIFIED
MARINE SERVICES, LLC; AND, XYZ
INSURANCE CO., UNDERWRITERS
OF JOHN DOES 1-3

**************************************************************************

**FIRST AMENDED COMPLAINT FOR COMPENSATORY AND PUNITIVE DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Operaciones Tecnicas Marinas S.A.S. ("OTM"), and files its First Amended Complaint against Defendants Diversified Marine Services, LLC ("Diversified"); individuals John Does 1, 2 and 3, ABC Insurance Co., Underwriters for Diversified Marine Services, LLC; and, XYZ Insurance Co., Underwriters for John Does 1-3, all to be nominated once identified later in this suit, to correct a typographical error in the original Complaint.  For and in support of its First Amended Complaint, Plaintiffs would show unto the Court that no Answer or other responsive pleading has been filed herein, and hereby amends its original Complaint as follows:

1.

Plaintiff reavers and realleges each and every allegation and prayer of the original Complaint.

2.

Plaintiff amends Paragraph No. 41 of the original Complaint to read as follows:

OTM and Diversified entered into a contract whereby Diversified agreed to conduct a thorough inspection of both vessels' steering systems, main engine propulsion systems, gear systems, electrical systems, navigation systems, fuel systems, air conditioning systems, the hull integrity of both vessels and other components of the MARY TIDE and THOMAS TIDE, and were to perform repairs to the vessels as needed to render the vessels fit for the intended transit from Houma, Louisiana to Cartagena, Colombia.

WHEREFORE, after due proceedings are held, Plaintiff, Operaciones Tecnicas Marinas S.A.S., prays that judgment be granted against Defendant, Diversified Marine Services, LLC, affording to Plaintiff all amounts owed and damages that result from Defendants' breaches including, but not limited to, the following:

a. Reimbursement of towing expenses;

b. Reimbursement of survey and inspection expenses upon arrival in Cartagena, Colombia;

c. Refund of monies paid to Diversified for repairs that were charged but never performed;

d. Refund of monies paid to Diversified for repairs that were negligently performed;

e. Lost charter hire that would have been earned from the OTM-Serviport charter party;

f. Additional repair costs, costs associated with salvage and other foreseeable damages;

g. Attorney's fees;

h. Costs of litigation;

i. Pre- and post-judgment interest;

j. Consequential damages;

k. Damages for breach of contract, bad faith breach of contract and for breach of the warranty of workmanlike performance;

l. Punitive damages to account for the potential loss of human life; and,

m. All other relief appropriate at law, admiralty or in equity.

Respectfully submitted, this 2nd day of August 2012.

                        OPERACIONES TECNICAS MARINAS S.A.S.

                        BY:   FOWLER, RODRIGUEZ VALDES-FAULI

*/s/ Michael J. Thompson, Jr.*
John A. Scialdone (LA Bar No. 21859)
Todd G. Crawford (LA Bar No. 20150)
Michael J. Thompson, Jr. (LA Bar No. 33412)
John S. Garner (LA Bar No. 25314)
FOWLER RODRIGUEZ VALDES-FAULI
2505 14th Street, Suite 500
Gulfport, MS 39501
Telephone: (228) 822-9340
Facsimile:   (228) 822-9343
mthompson@frvf-law.com
*Attorneys for Operaciones Tecnicas Marinas S.A.S.*